IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER; CONSERVATION CONGRESS; EARTH ISLAND INSTITUTE; OREGON WILD; CASCADIA WILDLANDS; OUACHITA WATCH LEAGUE; UTAH ENVIRONMENTAL CONGRESS; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS<br><br>    Plaintiffs,<br><br>    vs.<br><br>THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>    Defendant. | Case No. 1:11-cv-00679-LJO -DLB |

## **ORDER**

By mutual consent of the parties, it is ORDERED that the initial scheduling conference set for August 9, 2011, Dkt. #5, is continued until October 11, 2011 at 9:00 a.m. in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck.

IT IS SO ORDERED.

Dated:   **August 8, 2011**                                    /s/ *Dennis L. Beck*
                                                                            UNITED STATES MAGISTRATE JUDGE