IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER; CONSERVATION CONGRESS; EARTH ISLAND INSTITUTE; OREGON WILD; CASCADIA WILDLANDS; OUACHITA WATCH LEAGUE; UTAH ENVIRONMENTAL CONGRESS; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service, and the UNITED STATES FOREST SERVICE,<br><br>　　　　Defendant. | Case No. 1:11-cv-00679 LJO DLB<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME<br><br>(Document 18) |

**ORDER**

For good cause shown, it is ORDERED that Federal Defendants' unopposed motion for an extension is GRANTED. Federal Defendants' time to respond to Plaintiffs' complaint is hereby extended until September 20, 2011.

IT IS SO ORDERED.

Dated:   **September 2, 2011**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE