IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SEQUOIA FORESTKEEPER;
CONSERVATION CONGRESS; EARTH ISLAND INSTITUTE; OREGON WILD; CASCADIA WILDLANDS; OUACHITA WATCH LEAGUE; UTAH ENVIRONMENTAL CONGRESS; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS

    Plaintiffs,

vs.

THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service, and the UNITED STATES FOREST SERVICE,

    Defendant.

Case No.: 1:11-cv-00679-LJO -DLB

**ORDER STAYING BRIEFING ON MOTION FOR FEES AND COSTS (DOCS. 53 & 54)**

Date:       May 1, 2014
Time:      8:30 a.m.
Judge:     Hon. Lawrence J. O'Neill
Courtroom: 4

Based on the unopposed motion of Plaintiffs to stay briefing and resolution of their motion for expenses of litigation, including attorney fees, and good cause shown, their motion, Doc. 54, is GRANTED. The parties shall either file a settlement agreement settling Plaintiffs' claim for costs and fees, or a status report suggesting how to resolve those claims, by June 1, 2014. The hearing on the pending motions, currently set for May 1, 2014, is VACATED.

**SO ORDERED**
**Dated: April 3, 2014**

                              **/s/ Lawrence J. O'Neill**
                              **United States District Judge**