IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SEQUOIA FORESTKEEPER;
CONSERVATION CONGRESS; EARTH ISLAND INSTITUTE; OREGON WILD; CASCADIA WILDLANDS; OUACHITA WATCH LEAGUE; UTAH ENVIRONMENTAL CONGRESS; WESTERN WATERSHEDS PROJECT; and WILDEARTH GUARDIANS

    Plaintiffs,

vs.

THOMAS TIDWELL, in his official capacity as Chief of the United States Forest Service, and the UNITED STATES FOREST SERVICE,

    Defendant.

Case No.: 1:11-cv-00679-LJO -DLB

**ORDER**

    Based on the joint motion of the parties, and good cause shown, the Court accepts the parties' Settlement Agreement on the Plaintiffs' Motion for Expenses of Litigation Including Attorney Fees, as filed with the Court on September 18, 2014, Doc. 63.

    The Clerk of Court is directed to administratively close this case.

**SO ORDERED**
**Dated: September 18, 2014**

                              **/s/ Lawrence J. O'Neill**
                              **United States District Judge**

ORDER